UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JONATHAN NIELSEN | : | NUMBER: 3:09-cv-01757 |
| VERSUS | : | JUDGE JAMES |
| GRAPHIC PACKAGING INTERNATIONAL | : | MAGISTRATE JUDGE HORNSBY |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, GRAPHIC PACKAGING INTERNATIONAL, INC. (hereafter, GPI), and files this Motion for Summary Judgment pursuant to F.R.C.P. 56 and respectfully represents:

1.

Appearer previously filed a Motion for Summary Judgment herein asserting its immunity to tort liability due to its exposure to pay workers' compensation benefits to Mr. Nielsen (Doc. 24), which motion (Doc. 24), statement of undisputed facts (Doc. 24-2), memorandum in support (Doc 24-1) and supporting exhibits (Doc. 24-3, 24-4, 24-5 and 24-6) are adopted and incorporated herein by reference.

2.

Plaintiff, Jonathan Nielsen, then filed an opposition to GPI's Motion for Summary Summary Judgment (Doc. 26) and also filed a Motion for Partial Summary Judgment (Doc. 30) requesting that GPI's statutory employment defense be denied.

3.

GPI then filed a reply brief in support of its motion for summary judgment (Doc. 33) and a memorandum in opposition to plaintiff's motion for partial summary judgment (Doc. 37), which reply brief (Doc. 33) and opposition brief (Doc. 37) are adopted and incorporated herein by reference.

4.

On November 29, 2010 this Court issued a ruling (Doc. 41) granting plaintiff's Motion for Partial Summary Judgment and denying GPI's Motion for Summary Judgment.

5.

GPI then filed a Motion for Reconsideration (Doc. 43) which was opposed by plaintiff (Doc. 45) and a subsequent reply (Doc. 46) was filed by GPI, which motion for reconsideration (Doc. 43) and reply brief (Doc. 46) are adopted and incorporated herein by reference.

6.

On January 7, 2011 this Court issued a Memorandum Order (Doc. 47) granting in part and denying in part the Motion for Reconsideration ruling that there was a genuine

issue of material fact regarding whether or not GPI entered into an oral contract with Clayton Administrative, Inc. (hereafter, Clayton), which contract this court indicated was required to find Mr. Nielsen was the statutory employee of Konecranes, Inc. (hereafter, Konecranes) pursuant to the two contract theory of statutory employment. Therefore this Court affirmed the denial of GPI's original Motion for Summary Judgment but reversed its granting of plaintiff's Cross-Motion for Partial Summary Judgment.

7.

On February 9, 2011 plaintiff filed a Second Motion for Partial Summary Judgment (Doc. 51) again requesting that GPI's statutory employment defense be stricken and then filed a supplemental memorandum with attachments (Doc. 61).

8.

On February 14, 2011 GPI filed a Motion for Extension of Time to reply to plaintiff's Motion for Summary Judgment (Doc. 53) and on February 16, 2011 this Court ordered that GPI's response to plaintiff's Motion for Summary Judgment is due on March 3, 2011 (Doc. 58).

9.

On April 12, 2011 GPI took the deposition of Brad Howard, Branch Manager for Konecranes' Monroe office, where Mr. Nielsen worked, and this deposition clearly establishes the facts to support findings that: (1) Mr. Nielsen is an employee of Konecranes, (2) Mr. Nielsen is a borrowed servant of Konecranes and (3) there existed an

oral contract between Konecranes and Clayton pursuant to which Mr. Nielsen performed part of the contract that Konecranes had with GPI at the time of the accident.

10.

Because GPI is the statutory employer of Konecranes' employees and statutory employees pursuant to La. R.S. 23:1061(A)(3) and Mr. Nielsen is a statutory employee of Konecranes pursuant to the two contract theory and/or Mr. Nielsen is an employee of Konecranes under the borrowed servant doctrine and/or Mr. Nielsen is an employee of Konecranes by operation of law, GPI is exposed to pay workers' compensation benefits to or on behalf of Mr. Nielsen and therefore GPI is immune from tort liability to Mr. Nielsen and intervenor, Louisiana Workers Compensation Corporation.

WHEREFORE APPEARER PRAYS that this Motion for Summary Judgment be sustained and that this suit be dismissed with prejudice and at plaintiff's cost.

Respectfully submitted,

MAYER, SMITH & ROBERTS, L.L.P.
Attorneys for Graphic Packaging International, Inc.

By: _s/Caldwell Roberts, Jr._
Caldwell Roberts, Jr., Bar No. 20343
1550 Creswell
Shreveport, Louisiana 71101
Telephone: (318) 222-2135
Fax: (318) 222-6420

## CERTIFICATE

I HEREBY CERTIFY that on April 29, 2011 a copy of the Motion for Summary Judgment was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice to electronic filing to all counsel of record.


OF COUNSEL