UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JONATHAN NIELSEN | : | NUMBER: 3:09-cv-01757 |
| VERSUS | : | JUDGE JAMES |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | : | MAGISTRATE JUDGE HORNSBY |

### ORDER

Considering the foregoing Motion for Summary Judgment filed by GRAPHIC PACKAGING INTERNATIONAL, INC.,

IT IS HEREBY ORDERED that the Motion for Summary Judgment is granted and that the above-captioned suit is dismissed with prejudice at the cost of the Plaintiff and Intervenor, in solido.

THUS DONE AND SIGNED in Monroe, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE